IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
ENTERED

OCT 0 7 2005

Michael N. Milby, Clerk of Court

| | |
|---|---|
| MICHAEL WAYNE BOYD, § | |
| (TDCJ-CID #636271) § | |
| Plaintiff, § | |
| § | |
| vs. § | CIVIL ACTION H-05-3388 |
| § | |
| D. HORTON, et al., § | |
| § | |
| Defendants. § | |

**MEMORANDUM AND OPINION**

Plaintiff, a state prisoner proceeding *pro se*, brings this action against five Texas prison officials who reside in Wichita County and one who resides in Walker County, Texas. Plaintiff sues these officials for violations of civil rights which occurred at the Allred Unit, where he is confined and which is located in Wichita County, Texas.

In the interest of justice and for the convenience of the parties and witnesses, this case is TRANSFERRED to the United States District Court for the Northern District of Texas, Wichita Falls Division. 28 U.S.C. §§ 1391, 1404(a).

SIGNED on October 5, 2005, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge